**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

May 22, 2014

Mr. Jose Rodrigo Guzman
TDCJ #01829088
12071 FM 3522
Abilene, TX  79601

Mr. Mark Skurka
District Attorney
901 Leopard Street, Room 205
Corpus Christi, TX  78401

Mr. Rick Holstein
Attorney at Law
810 North Upper Broadway
Corpus Christi, TX  78401

Re:      Cause No. 13-13-00173-CR
Tr.Ct.No.  12-CR-2912-A
Style:   JOSE RODRIGO A/K/A RODRIGO JOSE A/K/A JOSE RODRIGO GUZMAN
         v. THE STATE OF TEXAS

Enclosed please find the opinion and judgment issued by the Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:    State Prosecuting Attorney
       28th District Court
       Hon. Patsy Perez, Nueces County District Clerk
       Hon. J. Rolando Olvera, Presiding Judge, Fifth Administrative Judicial Region